**EXHIBIT A**

| United States Bankruptcy Court for the Western District of New York | |
|---|---|
| **Name of Debtor:** Rochester Drug Co-Operative, Inc. <br> **Case Number:** 20-20230 | **For Court Use Only** <br> Claim Number: 0000022288 <br> File Date: 07/31/2020 14:24:05 |

# Proof of Claim (Official Form 410)

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. With the exception of 503(b)(9), do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

**04/19**

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Name of the current creditor (the person or entity to be paid for this claim): Abbvie US LLC

Other names the creditor used with the debtor: _____

**2. Has this claim been acquired from someone else?** ☑ No ☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?** Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Name: Abbvie US LLC <br> Address: Attn: Kohner, Mann & Kailas, S.C. <br> 4650 N. Port Washington Road <br> City: Milwaukee <br> State: WI  ZIP Code: 53212 <br> Country (if International): <br> Phone: 4149625110 <br> Email: kmksc@kmksc.com | Name: <br> Address: <br> <br> City: <br> State:  ZIP Code: <br> Country (if International): <br> Phone: <br> Email: |

**4. Does this claim amend one already filed?**
☑ No
☐ Yes.
   Claim number on court claims register (if known) _____
   Filed on _____
              MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes.
   Who made the earlier filing? _____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No
☐ Yes.

Last 4 digits of the debtor's account or any number you use to identify the debtor:

____  ____  ____  ____

**7. How much is the claim?**

$ 1,539,906.31

**Does this amount include interest or other charges?**

☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Goods Sold/Services (Trade Claim)

**9. Is all or part of the claim secured?**

☐ No
☑ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☑ Other. Describe: Possession/Setoff/Recoupment rights

**Basis for perfection:** Possession

Attach redacted copies of documents, if any, that show evidence of perfection of security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $ 243,299.71
**Amount of the claim that is secured:** $ 243,299.71
**Amount of the claim that is unsecured:** $ 1,296,606.60
(The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ 1,539,906.31

**Annual Interest Rate** (when case was filed) _____ %
☐ Fixed ☐ Variable

**10. Is this claim based on a lease?**
☑ No
☐ Yes. **Amount necessary to cure any default as of the date of petition.**

$_____

**11. Is this claim subject to a right of setoff?**
☐ No
☑ Yes. Identify the property:

Credits/Rebates

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☑ No
☐ Yes. *Check one:*

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

☐ Other. Specify subsection of 11 U.S.C. § 507 (a) (_____) that applies.

* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

**Amount entitled to priority**

$_____

$_____

$_____

$_____

$_____

$_____

**13. Does this claim qualify as an Administrative Expense under 11 U.S.C. § 503(b)(9)?**

☑ No
☐ Yes. **Amount that qualifies as an Administrative Expense under 11 U.S.C. § 503(b)(9):** $_____

| Part 3: | Sign Below |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other co-debtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Charles Fiergola*            07/31/2020 14:24:05
_____     _____
Signature                                        Date

**Provide the name and contact information of the person completing and signing this claim:**

Name: Charles Fiergola

Address: Kohner, Mann & Kailas, S.C.

4650 N. Port Washington Road

City: Milwaukee

State: WI     Zip: 53212

Country (in international): _____

Phone: 4149625110

Email: cfiergola@kmksc.com

# EXHIBIT A
To Proof of Claim
of
Abbvie US LLC

## In re Rochester Drug Co-Operative, Inc.
Case No. 20-20230

The claim set forth in the proof of claim in the amount of $1,539,906.31 may be amended and supplemented as additional information and documentation are compiled by creditor. Creditor reserves its right to amend its proof of claim to change the amount, type and priority of the claims set forth and to supplement the documentation provided in support of the claim.

Creditor supplies pharmaceutical and biologic products to the debtor, with amounts outstanding as indicated on the spreadsheet attached hereto. Said spreadsheet includes some invoices and credits dated after the petition date, but all of which relate to pre-petition sales. There is a Distribution Agreement, dated February 1, 2018, (as amended, the "Distribution Agreement"), which governs goods and services provided by the Creditor to Debtor. Creditor reserves the right to pursue any and all non-debtors, including any guarantors, for all amounts asserted herein.

Creditor's secured claim in the amount of not less than $243,299.71 represents credit memo/rebate amounts potentially owed to Debtor under the Distribution Agreement. All of these amounts constitute security for Creditor's claim under Sections 506 and 553 of the Bankruptcy Code because they are subject to Creditor's general rights of setoff and recoupment against the debtor based on the amounts owed between debtor and Creditor. Creditor specifically reserves the right to assert its rights of recoupment and does not waive the same by asserting setoff rights herein. In addition, Creditor reserves the right to assert setoff and recoupment rights with regard to any credit memos, refunds or rebates that might be earned after the Petition Date, and any other credit memos or rebates for the pre-Petition Date or post-petition periods that have not yet been calculated.

The documents supporting this claim are voluminous and include the Distribution Agreement, invoices, service orders and other documents. Due to the confidential pricing information contained in the Distribution Agreement and the invoices, neither the Distribution Agreement nor any invoices are attached, but will be provided upon request, subject to appropriate confidentiality restrictions. Based on the foregoing, only this summary and the statement of account are attached to this claim at this time.

A request for additional documents from creditor to supplement this claim should be sent in writing to:

    Charles M. Fiergola, Esq.
    Kohner, Mann & Kailas, S.C.
    4650 North Port Washington Road
    Milwaukee, WI 53212-1059
    (414) 962-5110
    (414) 962-8725 (fax)

Abbvie US LLC
Rochester Drug Co-Operative, Inc. - Statement of Account

| Reference | Assignment | DocumentNo | Type | RCd | Doc. Date | Net due dt | Amt in loc.cur. |
|---|---|---|---|---|---|---|---:|
| 0602599628 UED | 0602599628 | 1400105965 | DZ | D01 | 02/05/2020 | 01/20/2020 | $304.94 |
| *0000159335 | Return-shortdated | 1400092957 | DZ | M04 | 12/23/2019 | 12/23/2019 | $1,440.20 |
| 0602587184 UED | 0602587184 | 1400094235 | DZ | D01 | 01/17/2020 | 12/25/2019 | $1,241.78 |
| 0602587183 UED | 0602587183 | 1400094235 | DZ | D01 | 01/17/2020 | 12/25/2019 | $620.89 |
| 0602589875 UED | 0602589875 | 1400094537 | DZ | D01 | 01/22/2020 | 01/08/2020 | $620.89 |
| 0602592519 UED | 0602592519 | 1400094613 | DZ | D01 | 01/24/2020 | 12/30/2019 | $620.89 |
| 0602592518 UED | 0602592518 | 1400094613 | DZ | D01 | 01/24/2020 | 12/30/2019 | $7,952.19 |
| 0602592517 UED | 0602592517 | 1400094613 | DZ | D01 | 01/24/2020 | 12/30/2019 | $1,241.78 |
| 0602592516 UED | 0602592516 | 1400094613 | DZ | D01 | 01/24/2020 | 12/30/2019 | $620.89 |
| 0602592515 UED | 0602592515 | 1400094613 | DZ | D01 | 01/24/2020 | 12/30/2019 | $724.37 |
| 0602592514 UED | 0602592514 | 1400094613 | DZ | D01 | 01/24/2020 | 12/30/2019 | $413.93 |
| 0602568875 UED | 0602568875 | 1400094613 | DZ | D01 | 01/24/2020 | 12/31/2019 | $441.45 |
| 0602568874 UED | 0602568874 | 1400094613 | DZ | D01 | 01/24/2020 | 12/31/2019 | $303.27 |
| 0602568876 UED | 0602568876 | 1400094613 | DZ | D01 | 01/24/2020 | 12/31/2019 | $72.39 |
| 0602596826 UED | 0602596826 | 1400095258 | DZ | D01 | 02/05/2020 | 01/20/2020 | $1,241.78 |
| 0602596825 UED | 0602596825 | 1400095258 | DZ | D01 | 02/05/2020 | 01/20/2020 | $1,862.67 |
| 0602596106 UED | 0602596106 | 1400095258 | DZ | D01 | 02/05/2020 | 01/20/2020 | $931.34 |
| 0602587784 UED | 0602587784 | 1400095258 | DZ | D01 | 02/05/2020 | 01/20/2020 | $561.62 |
| 0060646014 | 0060646014 | 830141400 | RD | H02 | 02/27/2020 | 04/02/2020 | $2,800.42 |
| DSA RDC Q3 2019 | DSA RDC Q3 2019 Se | 830161295 | RD | M13 | 12/02/2019 | 01/06/2020 | $0.05 |
| RMA5.39 | RMA5.39 | 830163193 | RD | | 03/04/2020 | 04/08/2020 | $5.39 |
| DSA RDC Q4 2019 | DSA RDC Q4 2019 Se | 830169521 | RD | | 03/16/2020 | 04/20/2020 | $2.17 |
| RMA3.62 | RMA3.62 | 830174722 | RD | C09 | 02/06/2020 | 03/12/2020 | $1.05 |
| RMA3.62 | RMA3.62 | 830174723 | RD | C09 | 02/06/2020 | 03/12/2020 | $2.57 |
| 6450141 | 0602596229 | 602596229 | RV | | 12/26/2019 | 01/30/2020 | $13,946.34 |
| 6450141 | 0602596230 | 602596230 | RV | | 12/26/2019 | 01/30/2020 | $33,842.15 |
| 6435819 | 0602600971 | 602600971 | RV | | 12/17/2019 | 01/21/2020 | $9,297.56 |
| 6486636 | 0602601206 | 602601206 | RV | | 01/10/2020 | 02/14/2020 | $10,846.90 |
| 6486633 | 0602601207 | 602601207 | RV | | 01/10/2020 | 02/14/2020 | $12,511.19 |
| 6491513 | 0602609700 | 602609700 | RV | | 01/14/2020 | 02/18/2020 | $1,664.27 |
| 6497151 | 0602611252 | 602611252 | RV | | 01/17/2020 | 02/21/2020 | $3,328.54 |
| 6491512 | 0602570483 | 602570483 | RV | | 01/15/2020 | 02/19/2020 | $32,071.92 |
| 6491515 | 0602570484 | 602570484 | RV | | 01/15/2020 | 02/19/2020 | $11,380.21 |
| 6491512 | 0602570485 | 602570485 | RV | | 01/15/2020 | 02/19/2020 | $124,233.57 |
| 6497155 | 0602583863 | 602583863 | RV | | 01/21/2020 | 02/25/2020 | $197.60 |
| 6497156 | 0602583864 | 602583864 | RV | | 01/21/2020 | 02/25/2020 | $33,341.82 |
| 6450154 | 0602587086 | 602587086 | RV | | 12/20/2019 | 01/24/2020 | $1,116.06 |
| 6466554 | 0602587298 | 602587298 | RV | | 12/27/2019 | 01/31/2020 | $2,098.56 |
| 6466560 | 0602587299 | 602587299 | RV | | 12/27/2019 | 01/31/2020 | $668.82 |
| 6466560 | 0602587300 | 602587300 | RV | | 12/27/2019 | 01/31/2020 | $668.64 |
| 6491516 | 0602591056 | 602591056 | RV | | 01/14/2020 | 02/18/2020 | $5,556.97 |
| 6491515 | 0602591057 | 602591057 | RV | | 01/14/2020 | 02/18/2020 | $7,160.80 |
| 6440864 | 0602595417 | 602595417 | RV | | 12/18/2019 | 01/22/2020 | $187,661.57 |
| 6440867 | 0602595418 | 602595418 | RV | | 12/18/2019 | 01/22/2020 | $4,680.15 |
| 6440864 | 0602595419 | 602595419 | RV | | 12/18/2019 | 01/22/2020 | $22,464.72 |
| 6450154 | 0602595950 | 602595950 | RV | | 12/20/2019 | 01/24/2020 | $7,488.24 |
| 6450154 | 0602595951 | 602595951 | RV | | 12/20/2019 | 01/24/2020 | $26,987.67 |

Abbvie US LLC
Rochester Drug Co-Operative, Inc. - Statement of Account

| Reference | Assignment | DocumentNo | Type | RCd | Doc. Date | Net due dt | Amt in loc.cur. |
|---|---|---|---|---|---|---|---|
| 6458257 | 0602596135 | 602596135 | RV | | 12/26/2019 | 01/30/2020 | $14,477.68 |
| 6458255 | 0602596136 | 602596136 | RV | | 12/26/2019 | 01/30/2020 | $136,518.33 |
| 6450140 | 0602596137 | 602596137 | RV | | 12/26/2019 | 01/30/2020 | $263,096.22 |
| 6450140 | 0602596138 | 602596138 | RV | | 12/26/2019 | 01/30/2020 | $22,464.72 |
| 6440867 | 0602596847 | 602596847 | RV | | 12/17/2019 | 01/21/2020 | $2,488.00 |
| 6440868 | 0602598430 | 602598430 | RV | | 12/18/2019 | 01/22/2020 | $31,044.54 |
| 6440865 | 0602598431 | 602598431 | RV | | 12/18/2019 | 01/22/2020 | $62,089.08 |
| 6440868 | 0602598432 | 602598432 | RV | | 12/18/2019 | 01/22/2020 | $62,089.08 |
| 6458257 | 0602600654 | 602600654 | RV | | 12/26/2019 | 01/30/2020 | $5,616.18 |
| 6497150 | 0602601161 | 602601161 | RV | | 01/17/2020 | 02/21/2020 | $32,988.02 |
| 6497155 | 0602601162 | 602601162 | RV | | 01/17/2020 | 02/21/2020 | $9,639.87 |
| 6497150 | 0602601163 | 602601163 | RV | | 01/17/2020 | 02/21/2020 | $16,901.21 |
| 6497155 | 0602601164 | 602601164 | RV | | 01/17/2020 | 02/21/2020 | $22,057.81 |
| 6486635 | 0602601778 | 602601778 | RV | | 01/10/2020 | 02/14/2020 | $22,324.41 |
| 6486635 | 0602601779 | 602601779 | RV | | 01/10/2020 | 02/14/2020 | $296.40 |
| 6486635 | 0602601780 | 602601780 | RV | | 01/10/2020 | 02/14/2020 | $25,178.61 |
| 6497152 | 0602605147 | 602605147 | RV | | 01/21/2020 | 02/25/2020 | $33,341.82 |
| 6497152 | 0602605148 | 602605148 | RV | | 01/21/2020 | 02/25/2020 | $11,113.96 |
| 6486634 | 0602606473 | 602606473 | RV | | 01/13/2020 | 02/17/2020 | $33,341.82 |
| 6486637 | 0602606474 | 602606474 | RV | | 01/13/2020 | 02/17/2020 | $33,341.82 |
| 6486634 | 0602606475 | 602606475 | RV | | 01/13/2020 | 02/17/2020 | $16,670.93 |
| 6486634 | 0602606476 | 602606476 | RV | | 01/13/2020 | 02/17/2020 | $66,683.64 |
| 6486637 | 0602606477 | 602606477 | RV | | 01/13/2020 | 02/17/2020 | $33,341.82 |
| 6486637 | 0602606478 | 602606478 | RV | | 01/13/2020 | 02/17/2020 | $5,556.97 |
| | 830171660 | 830171660 | | | 04/06/2020 | 05/11/2020 | $2.83 |
| | 830168972 | 830168972 | | | 05/06/2020 | 06/10/2020 | $0.35 |
| | 830175824 | 830175824 | | | 06/04/2020 | 07/09/2020 | $17.63 |
| | 830169040 | 830169040 | | | 07/07/2020 | 08/11/2020 | $41.79 |
| | | | | | | Total: | $1,539,906.13 |

| Reference | Assignment | DocumentNo | Type | RCd | Doc. Date | Net due dt | Amt in loc.cur. |
|---|---|---|---|---|---|---|---|
| RMA108.47 | RMA108.47 | 801003850 | RC | C09 | 02/06/2020 | 02/06/2020 | ($108.47) |
| RMA221.53 | RMA221.53 | 801003851 | RC | C09 | 02/06/2020 | 02/06/2020 | ($221.53) |
| DSA RDC Q3 2019 | DSA RDC Q3 2019 Se | 801023079 | RC | M13 | 12/02/2019 | 12/02/2019 | ($629.63) |
| RMA511.90 | RMA511.90 | 801024817 | RC | C09 | 12/05/2019 | 12/05/2019 | ($511.90) |
| RMA940.26 | RMA940.26 | 801033392 | RC | C09 | 01/08/2020 | 01/08/2020 | ($940.26) |
| DSA RDC Q4 2019 | DSA RDC Q4 2019 Se | 801042891 | RC |  | 03/16/2020 | 03/16/2020 | ($197.13) |
| BSH0819 | BSH0819 | 800998764 | RC | R04 | 01/06/2020 | 01/06/2020 | ($100.18) |
| RMA3961.47 | RMA3961.47 | 801003057 | RC | C09 | 11/06/2019 | 11/06/2019 | ($3,961.47) |
| RMA3739.09 | RMA3739.09 | 801004283 | RC | C09 | 12/05/2019 | 12/05/2019 | ($3,739.09) |
| RMA11302.32 | RMA11302.32 | 801004284 | RC | C09 | 12/05/2019 | 12/05/2019 | ($11,302.32) |
| DSA RDC Q3 2019 | DSA RDC Q3 2019 Se | 801008990 | RC | M13 | 12/02/2019 | 12/02/2019 | ($114,356.81) |
| RMA4544.69 | RMA4544.69 | 801019862 | RC | C09 | 01/08/2020 | 01/08/2020 | ($4,544.69) |
| RMA15131.39 | RMA15131.39 | 801019863 | RC | C09 | 01/08/2020 | 01/08/2020 | ($15,131.39) |
| EK5231608661 | EK5231608661 | 801030903 | RC | R01 | 01/07/2020 | 01/07/2020 | ($55.63) |
| EK8031108661 | EK8031108661 | 801030904 | RC | R01 | 01/07/2020 | 01/07/2020 | ($16.29) |
| 0602580345 | 6435822 | 801031298 | RC | H02 | 01/24/2020 | 01/24/2020 | ($257.17) |
| 0060638658 | 0060638658 | 801033827 | RC | H02 | 01/09/2020 | 01/09/2020 | ($2,787.83) |
| EXPNCR1019145655 | EXPNCR1019145655 | 801034313 | RC | R01 | 01/10/2020 | 01/10/2020 | ($33.20) |
| EXPNCR1019145656 | EXPNCR1019145656 | 801034314 | RC | R01 | 01/10/2020 | 01/10/2020 | ($200.48) |
| EXPNCR1019145657 | EXPNCR1019145657 | 801034315 | RC | R01 | 01/10/2020 | 01/10/2020 | ($100.31) |
| RK1K90608661 | RK1K90608661 | 801035991 | RC | R01 | 01/17/2020 | 01/17/2020 | ($12.80) |
| VLY1119 | VLY1119 | 801037263 | RC | R01 | 02/17/2020 | 02/17/2020 | ($68.93) |
| NS042319A0719-11 | NS042319A0719-1141 | 801038393 | RC | R01 | 01/28/2020 | 01/28/2020 | ($38.63) |
| 0060641747 | 0060641747 | 801040013 | RC | H02 | 01/30/2020 | 01/30/2020 | ($2,995.64) |
| 0060641746 | 0060641746 | 801040014 | RC | H02 | 01/30/2020 | 01/30/2020 | ($885.20) |
| 0060641919 | 0060641919 | 801040131 | RC | H02 | 01/30/2020 | 01/30/2020 | ($67.00) |
| RMA1934.45 | RMA1934.45 | 801040464 | RC | C09 | 02/06/2020 | 02/06/2020 | ($19.49) |
| RMA1934.45 | RMA1934.45 | 801040465 | RC | C09 | 02/06/2020 | 02/06/2020 | ($1,636.45) |
| RMA1934.45 | RMA1934.45 | 801040466 | RC | C09 | 02/06/2020 | 02/06/2020 | ($278.51) |
| RMA3062.01 | RMA3062.01 | 801040467 | RC | C09 | 02/06/2020 | 02/06/2020 | ($3,062.01) |
| RDCS209606 | RDCS209606 | 801042327 | RC | R01 | 02/04/2020 | 02/04/2020 | ($469.75) |
| 0060642847 | 0060642847 | 801043177 | RC | H02 | 02/06/2020 | 02/06/2020 | ($240.05) |
| 0060643032 | 0060643032 | 801043249 | RC | H02 | 02/06/2020 | 02/06/2020 | ($2,881.96) |
| 0060643849 | 0060643849 | 801045486 | RC | H02 | 02/13/2020 | 02/13/2020 | ($442.60) |
| 0060644021 | 0060644021 | 801045613 | RC | H02 | 02/13/2020 | 02/13/2020 | ($1,460.94) |
| 0060644023 | 0060644023 | 801045614 | RC | H02 | 02/13/2020 | 02/13/2020 | ($5,556.95) |
| DSA RDC Q4 2019 | DSA RDC Q4 2019 Se | 801048618 | RC |  | 03/16/2020 | 03/16/2020 | ($48,529.86) |
| 0060645849 | 0060645849 | 801049534 | RC | H02 | 02/27/2020 | 02/27/2020 | ($1,076.32) |
| 0060646015 | 0060646015 | 801049725 | RC | H02 | 02/27/2020 | 02/27/2020 | ($2,800.42) |
|  |  | 801034486 |  |  | 03/22/2020 | 03/02/2020 | ($150.90) |
|  |  | 801059802 |  |  | 03/26/2020 | 03/26/2020 | ($4,979.00) |
|  |  | 801045146 |  |  | 03/27/2020 | 03/27/2020 | ($131.98) |
|  |  | 801062535 |  |  | 04/27/2020 | 04/27/2020 | ($35.04) |
|  |  | 801073943 |  |  | 05/01/2020 | 05/01/2020 | ($140.10) |
|  |  | 801070804 |  |  | 05/07/2020 | 05/07/2020 | ($34.99) |
|  |  | 801078917 |  |  | 05/11/2020 | 05/11/2020 | ($148.51) |
|  |  | 801078918 |  |  | 05/11/2020 | 05/11/2020 | ($1.28) |
|  |  | 801079046 |  |  | 05/14/2020 | 05/14/2020 | ($48.96) |

Abbvie US LLC

Rochester Drug Co-Operative, Inc. - Statement of Account - Credit Memo/Rebate

| Reference | Assignment | DocumentNo | Type | RCd | Doc. Date | Net due dt | Amt in loc.cur. |
|---|---|---|---|---|---|---|---|
| | | 801083202 | | | 05/26/2020 | 05/26/2020 | ($1,440.20) |
| | | 801079946 | | | 06/01/2020 | 06/01/2020 | ($2,880.40) |
| | | 801084151 | | | 06/01/2020 | 06/01/2020 | ($1,298.51) |
| | | 801075765 | | | 06/26/2020 | 06/26/2020 | ($160.70) |
| | | 801090290 | | | 07/15/2020 | 07/15/2020 | ($102.91) |
| | | 801070939 | | | 07/21/2020 | 07/21/2020 | ($26.94) |
| | | | | | | Total: | ($243,299.71) |

Abbvie US LLC

Rochester Drug Co-Operative, Inc. - Statement of Account - Credit Memo/Rebate