# CERTIFICATE OF SERVICE

I, Gini L. Downing _____ (name), certify that service of this summons and a copy of the complaint was made February 4, 2022 _____ (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Abbvie US LLC
c/o Kohner, Mann & Kailas, S.C.
Attn: Charles M. Fiergola, Esq.
4650 N. Port Washington Road
Milwaukee, WI 53212

Abbvie US LLC
c/o Kohner, Mann & Kailas, S.C.
Attn: Charles M. Fiergola, Associate
4650 N. Port Washington Rd.
Washington Bldg., 2nd Floor
Milwaukee, WI 53212

Abbvie US LLC
P.O. Box 8500 S-6665
Philadelphia, PA 43215-1724

Abbvie US LLC
Attn: Nancy Christian
One North Waukegan Road
North Chicago, IL 60046

☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:
Abbvie US LLC
Attn: Michael Severino, Vice Chairman and President
One N. Waukegan Road
North Chicago, IL 60064

Corporate Creations Network Inc., R/A for
Abbvie US LLC
4650 West Spencer Street
Appleton, WI 54914

Corporate Creations Network Inc., R/A for Abbvie US LLC
3411 Silverside Road Tatnall Building Ste 104
Wilmington, DE 19810

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

| | | |
|---|---|---|
| Date | February 4, 2022 | Signature /s/ Gini L. Downing |
| | Print Name: | Gini L. Downing |
| | | Pachulski Stang Ziehl & Jones LLP |
| | | 10100 Santa Monica Blvd. |
| | | 13th Floor |
| | Business Address: | Los Angeles, CA 90067 |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☑ Agent ☐ Addressee<br>B. Received by (Printed Name): John Leavey<br>C. Date of Delivery: 12-8-19 |
| 1. Article Addressed to:<br>Abbvie US LLC<br>Attn: Michael Severino, Vice Chairman and President<br>One N. Waukegan Road<br>North Chicago, IL 60064 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below: |
| [barcode] ...948 31 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>Insured Mail Restricted Delivery over $500<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☒ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7017 2400 0000 3936 7357 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X BLR16 ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): C19<br>C. Date of Delivery: |
| 1. Article Addressed to:<br>Corporate Creations Network Inc., R/A for Abbvie US LLC<br>4650 West Spencer Street<br>Appleton, WI 54914 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below: |
| [barcode]<br>9590 9402 3367 7227 2948 24 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>Insured Mail Restricted Delivery over $500<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☒ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7017 2400 0000 3936 7340 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Corporate Creations Network Inc.,
   R/A for Abbvie US LLC
   3411 Silverside Road Tatnall Building Ste 104
   Wilmington, DE 19810

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 3367 7227 2948 17

2. Article Number (Transfer from service label)

   7017 2400 0000 3936 7333

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt