UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re,

ROCHESTER DRUG CO-OPERATIVE, INC.,

Debtor.

Chapter 11

Case No. 22-02001 (PRW)

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that ABBVIE US LLC appears herein by its counsel, Nolan Heller Kauffman LLP, as local counsel to Kohner, Mann & Kailas, S.C. and demands, pursuant to Bankruptcy Rules 2002(g), 9007, 9010(b) and Bankruptcy Code §§102(1), 342 and 1109(b), that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices of papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise: (1) which affect or seek to affect in any way any rights or interests of 177 STONE HOUSE LLC with respect to (a) the Debtor; (b) property or proceeds thereof in which the Debtor may claim an interest; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by 177 STONE HOUSE LLC.

Dated: March 30, 2023
       Albany, New York

**NOLAN HELLER KAUFFMAN LLP**

By: */s/ Francis J. Brennan*
    Francis J. Brennan, Esq.
    80 State Street, 11th Floor
    Albany, New York 12207
    (518) 449-3300
    Bar Roll No.: FB0170
    fbrennan@nhkllp.com
    *Local Counsel for AbbVie US LLC*