Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (CA Bar No. 157216)
Bradford J. Sandler (NY Bar No. 4499877)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>     Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>     Plaintiff,<br> v.<br><br>ABBVIE US LLC,<br><br>     Defendant. | Adv. Proc. No. 22-02001 (PRW) |

## PLAINTIFF'S STATUS REPORT

Advisory Trust Group, LLC, in its capacity as trustee (the "**Trustee**") of the RDC Liquidating Trust, hereby submits this status report pursuant to the *Case Management Order*, entered September 7, 2023 [Adv. Docket No. 25].

The mediation of this matter occurred on September 13, 2023. A settlement was not

achieved, but the mediation is ongoing. The mediator is continuing to work with the parties to try to resolve the matter, and, in that regard, is keeping the mediation open until October 31, 2023.

Dated: September 15, 2023

Respectfully submitted,

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Jason S. Pomerantz*
Jason S. Pomerantz (CA Bar No. 157216)
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Email: jspomerantz@pszjlaw.com

*Counsel to Plaintiff RDC Liquidating Trust*